**Dismissed and Memorandum Opinion filed February 22, 2024**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-23-00811-CV

---

### ZANA TOLLIVER, Appellant

### V.

### HHA IRVINGTON VILLAGE APARTMENTS, Appellee

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1209282**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed October 18, 2023. The clerk's record was filed December 18, 2023. There is no reporter's record. No brief was filed.

On January 18, 2024, we issued a notice stating that unless appellant filed a brief on or before January 29, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.